# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00105-CV

### In re J. E. Dunn Construction Company

---

## ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

      The parties to this proceeding have filed a joint motion to abate this mandamus proceeding for 90 days to allow them time to finalize a settlement agreement reached in the underlying cause. We grant the motion and abate the mandamus.[1] The parties shall submit either a joint status report concerning the status of the settlement negotiations or a motion to dismiss on or before August 22, 2018.

Before Justices Puryear, Pemberton, and Bourland

Abated

Filed: May 24, 2018

---

[1] *See* Tex. R. App. P. 42.1(a)(2)(C).